IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


DON A. ERICKSON,

       Plaintiff,

v.                                          CASE NO. 1:06-cv-00005-MP-AK

THOMAS S. FORTNER,

       Defendant.

_____/


## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendations of the

Magistrate Judge, recommending that Plaintiff's petition for writ of habeas corpus, Doc. 1, be

dismissed for failure to exhaust available state court remedies.  The Magistrate Judge filed the

Report and Recommendation on Thursday, March 2, 2006.  The parties have been furnished a

copy of the Report and Recommendation and have been afforded an opportunity to file

objections.  Plaintiff has filed objections to the Magistrate's report, Doc. 8.  Pursuant to Title 28,

United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions

to which an objection has been made.

Having considered the Report and Recommendation, and all objections thereto filed, I

have determined that the Report and Recommendation should be adopted.  Plaintiff has failed to

exhaust all state court remedies as is required to file a petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2254.  See 28 U.S.C. § 2254(b)(1)(A).  Additionally, the court agrees

with the Magistrate Judge that the three-month delay in addressing Plaintiff's state court petition

is "neither unreasonable nor unexplained and therefore does not excuse exhaustion."  Doc. 7 at 2;

see 28 U.S.C. § 2254(b)(1)(B)(ii).  Therefore, the court finds that Plaintiff's objections are

without merit.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Plaintiff's petition for writ of habeas corpus, Doc. 1, is dismissed.

**DONE AND ORDERED** this  *28th* day of March, 2006

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge